Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 25−90171
Chapter: 13
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Madalena Johnson | Barrion N. Johnson |
| 1185 County Road 522 | 1185 County Road 522 |
| Nacogdoches, TX 75964 | Nacogdoches, TX 75964 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−2388                                            xxx−xx−1404

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

US Courthouse − Lufkin, 104 North Third St., Lufkin, TX 75901

on 9/11/25 at 10:00 AM

to consider and act upon the following:

Amended Motion to Dismiss Case With Prejudice for 120 Days For Failure to File Required Documents under Section 521(i)(4) and Setting Hearing (RE: related document(s)16 Motion to Dismiss Case With Prejudice for 120 Days For Failure to File Required Documents under Section 521(i)(4) and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 9/11/2025 at 10:00 AM at US Courthouse (Lufkin). (Attachments: # 1 Proposed Order) filed by Trustee Lloyd Kraus). Filed by Lloyd Kraus Hearing scheduled for 9/11/2025 at 10:00 AM at US Courthouse (Lufkin). (Attachments: # 1 Proposed Order)(Kraus, Lloyd)

Dated: 8/12/25

Jason K. McDonald
Clerk, U.S. Bankruptcy Court